UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA M. BROWN,

       Plaintiff,

                                     File No. 1:10-cv-705

v.

                                     HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

       Defendants.

_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 11, 2012, Magistrate Judge Joseph G. Scoville issued a Report and
Recommendation ("R&R") recommending that the Commissioner's decision be vacated and
that the matter be remanded to the Commissioner for further administrative proceedings
under sentence four of 42 U.S.C. § 405(g).  (Dkt. No. 15.)  No objections have been filed,
and the deadline for doing so has expired.  The Court has reviewed the matter and concludes
that the R&R correctly analyzes the issues and makes a sound recommendation.
Accordingly,

      **IT IS HEREBY ORDERED** that the February 27, 2012, R&R (Dkt. No. 15) is
**APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is **VACATED**.

      **IT IS FURTHER ORDERED** that the matter is remanded to the Commissioner
under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated: March 20, 2012                     /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        UNITED STATES DISTRICT JUDGE