UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA M. BROWN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

File No. 1:10-cv-705

HON. ROBERT HOLMES BELL

### ORDER APPROVING AND ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 13, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that this Court enter an order granting in part Plaintiff's motion for costs and attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Dkt. No. 18). No objections have been filed by Plaintiff, and the time for doing so has passed. Defendant has filed a notice of no objection. (Dkt. No. 19.) The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the July 13, 2012 R&R (Dkt. No. 18) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorneys' fees is **GRANTED IN PART** and **DENIED IN PART**. The motion is **DENIED** with respect to Plaintiff's request that the award be payable to Plaintiff's attorney. In all other respects, the motion is **GRANTED.**

2

**IT IS FURTHER ORDERED** that Plaintiff is awarded **$943.75** in attorney's fees and costs.

Dated: August 10, 2012                              /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE

2